FILED

SEP 20 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH P. GUTIERREZ,

    Plaintiff,

v.

BOARD OF PRISON TERMS, et al.,

    Defendant.

No. C 05-01537 SI

**ORDER DENYING PETITIONER'S MOTION TO STRIKE AND SETTING BRIEFING SCHEDULE RE: RESPONDENTS' MOTION TO DISMISS**

    Petitioner Joseph P. Gutierrez filed a pro se action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This Court ordered respondents to answer by July 22, 2005, and show cause why the writ should not be granted. On July 21, 2005, respondents filed a motion to dismiss on the ground that this Court lacks jurisdiction because petitioner's challenge of a parole denial does not implicate a federal constitutional interest, and thus is not appropriate for federal review.

    Petitioner, no longer acting pro se, has moved to strike the motion on the ground that it is procedurally improper and not authorized by the Court's Order to Show Cause. Petitioner does not address the merits of the motion to dismiss.

    The Court hereby DENIES petitioner's motion to strike and GRANTS petitioner's alternative request to set a briefing schedule on the motion to dismiss.

    **Petitioner's opposition to respondents' motion to dismiss shall be filed and served by October 5, 2005. Respondents' reply must be filed and served by October 19, 2005.**

    **IT IS SO ORDERED.**

Dated: September 19, 2005

_____
SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Gutierrez,

        Plaintiff,

v.

Kane et al,

        Defendant.

Case Number: CV05-01537 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Satris
Law Offices of Michael Satris
Post Office Box 337
230 Larch Road
Bolinas, CA 94924

Patricia Webber Heim
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Dated: September 20, 2005

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk