IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GUTIERREZ,<br><br>      Petitioner,<br><br>  v.<br><br>A.P. KANE, Warden,<br><br>      Respondent.<br>                                  / | No. C 05-1537 SI<br><br>**ORDER GRANTING IN PART AND DENYING IN PART REQUEST FOR CERTIFICATE OF APPEALABILITY** |

Petitioner has filed a notice of appeal of this Court's March 29, 2007 order and judgment. Pursuant to Federal Rule of Appellate Procedure 22(b), the Court has reviewed the record in this case and issues a certificate of appealability on petitioner's claim that the Board of Prison Terms violated his due process rights when it denied him parole in 2003. To the extent petitioner wishes to appeal this Court's rejection of petitioner's ex post facto claim, the Court denies the request for a certificate of appealability because petitioner has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Accordingly, the Court GRANTS in part and DENIES in part petitioner's request for a certificate of appealability. (Docket No. 18).

**IT IS SO ORDERED.**

Dated: May 2, 2007

                                                        SUSAN ILLSTON
                                                        United States District Judge