1  EDMUND G. BROWN JR.
   Attorney General of California
2  JESSICA N. BLONIEN
   Supervising Deputy Attorney General
3  PATRICIA WEBBER HEIM
   Deputy Attorney General
4  State Bar No. 230889
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 324-5263
    Fax: (916) 322-8288
7   E-mail: Patricia.Heim@doj.ca.gov
   *Attorneys for Respondent*
8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13

| | |
|---|---|
| 14  **JOSEPH P. GUTIERREZ,** | C 05-01537 SI |
| 15                    Petitioner, | **STIPULATED ORDER RE: VACATING CASE MANAGEMENT CONFERENCE, SETTING A BRIEFING SCHEDULE** |
| 16     v. | |
| 17  **BOARD OF PRISON TERMS COMMISSIONERS; A. P. KANE, Warden,** | |
| 18                    Respondent. | Judge    The Honorable Susan Illston |

20

21     On July 21, 2010, the Ninth Circuit issued a memorandum vacating this Court's judgment

22  denying Petitioner Joseph Gutierrez's Petition for Writ of Habeas Corpus "insofar as the district

23  court concluded that 'some evidence'" supported the Board of Parole Hearings' (Board) denial of

24  parole at Gutierrez's September 25, 2003 parole consideration hearing. (Clerk's Docket (CD)

25  25.) The Ninth Circuit remanded the matter to this Court because it "did not have the benefit" of

26  the Ninth Circuit's en banc opinion in *Hayward v. Marshall*, 603 F.3d 546 (9th Cir. 2010) at the

27  time of its decision. (*Id.* at 2.) This Court appointed counsel and set a case management

28  conference for November 1, 2010. (CD 30, 32.)

1  The parties stipulate, subject to the Court's approval, that the November 1, 2010 case
2  management conference is unnecessary, and agree to the following briefing schedule:
3  Respondent's Answer is due December 31, 2010.
4  Petitioner's Traverse is due February 7, 2011.
5  SO STIPULATED.

7  Dated: __October 26, 2010__          ___/s/ *Shawn Halbert*_____
        Shawn Halbert
8       Assistant Federal Public Defender
9       Attorney for Petitioner

10 Dated: __October 26, 2010__          ____/s/ *Patricia W. Heim*_____
11      Patricia W. Heim
        Deputy Attorney General
12      Attorney for Respondent

14 IT IS SO ORDERED.

16 Dated: __11/01/10__          _____
17                              The Honorable Susan Illston
                                United States District Court Judge

25 SF2005200167
   31125700.doc

2

*Stipulated Order* (C 05-01537 SI)