United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. GUTIERREZ, | No. C 05-1537 SI |
| Petitioner, | **ORDER RE: FURTHER BRIEFING** |
| v. | |
| A.P. KANE and BOARD OF PRISONS TERMS COMMISSIONERS, | |
| Respondents. / | |

On January 24, 2011, the Supreme Court decided *Swarthout v. Cooke*, ___ S. Ct. ___, 2011 WL 197627 (U.S. Jan. 24, 2011). Petitioner shall address the applicability of *Swarthout* in the traverse, which is due February 7, 2011, and respondent may file a supplemental brief addressing *Swarthout* no later than February 21, 2011.

**IT IS SO ORDERED.**

Dated: January 24, 2011

SUSAN ILLSTON
United States District Judge