IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. GUTIERREZ, | No. C 05-1537 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| A.P. KANE and BOARD OF PRISONS TERMS COMMISSIONERS, | |
| Respondents. | |

The petition for writ of habeas corpus is denied.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 8, 2011

SUSAN ILLSTON
United States District Judge